MWG:MFS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JACOB OLASOV,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. § 2252(a)(4)(B))

No. 25-MJ-278

EASTERN DISTRICT OF NEW YORK, SS:

AUDRA HAMPSCH, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about September 23, 2025, within the Eastern District of New York and elsewhere, the defendant JACOB OLASOV did knowingly and intentionally possess with intent to view matter containing one or more visual depictions, to wit: images and videos in digital files contained within electronic devices seized pursuant to a search warrant from the defendant, and which visual depictions had been mailed, and shipped and transported in, and using a means and facility of, interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means, including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Section 2252(a)(4)(B))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2022. I am currently assigned to the Child Exploitation and Human Trafficking Task Force out of the FBI's New York Office. During the course of my employment, I have participated in multiple federal criminal investigations into the sexual exploitation of children, as well as the production, receipt, distribution, and possession of child pornography, also referred to as child sexual abuse material ("CSAM").[2] I have received formal and on-the-job training on investigative techniques and methods of operation in the areas of child exploitation and child pornography.

2. I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation.

3. As described below, the defendant JACOB OLASOV has engaged in the possession of CSAM. Specifically, on or about September 23, 2025, FBI agents searched OLASOV's residence in Brooklyn, New York pursuant to a judicially-authorized warrant issued on September 19, 2025, by the Honorable Robert M. Levy (the "Warrant"). OLASOV's

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] The term "child pornography" is defined as set forth in 18 U.S.C. § 2256(8), which, in pertinent part, states that "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where . . . the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct. . . ." 18 U.S.C. § 2256(8); see also Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) (analyzing constitutional validity of the definitions set forth in 18 U.S.C. § 2256(8)).

2

personal phone was seized pursuant to the Warrant on September 23, 2025, and during the execution of the search warrant, OLASOV confirmed that the phone—associated with a certain number ending in -6602 (the "-6602 Number")—was his.

### Discovery of CSAM on OLASOV's Phone

4. A subsequent search of OLASOV's phone on September 23, 2025, pursuant to the Warrant revealed the presence of CSAM on the phone.[3]

5. In the deleted folder within the photo gallery application, I observed approximately 20 sexually explicit images, of which approximately 15 depicted children and contained CSAM. For example:

    a. One image depicted an adult erect penis inserted into the anus of a male toddler, who was positioned laying on his side, with bindings around his ankles;

    b. Another image depicted an adult erect penis being inserted into the mouth of a pre-pubescent female; and

    c. Another image depicted an adult erect penis positioned above a naked pre-pubescent female, whose feet were wrapped around the penis. This image also appeared to be the same one observed in a set of images previously provided by the National Center for Missing & Exploited Children ("NCMEC") as being associated with the -6602 Number.

### CSAM in Cloud Storage Associated with OLASOV's Phone

6. Before execution of the Warrant on September 23, 2025, an investigator with a local police department provided to FBI the returns from a search warrant on

---

[3] The search of OLASOV's phone pursuant to the Warrant remains ongoing.

3

Synchronoss Technologies, Inc. ("Synchronoss")[4] for information related to the -6602 Number, and the FBI conducted a forensic review of the returns. That forensic review revealed content stored in the Synchronoss cloud by the -6602 Number, including various CSAM images. These images included:

    a. An image depicting a pubescent female on her back with legs positioned in the air with her vagina exposed, wearing blindfolds, a choke collar, and ankle collars;

    b. Eight images depicting a naked adult male receiving oral sex from a naked pubescent female wearing blindfolds, a choke collar, and ankle collars, and images of an adult erect penis inserted into the vagina of the same pubescent female;

    c. An image depicting an adult male penis inserted into the anus of a male infant;

    d. An image of an adult male receiving oral sex from a pubescent female, whose face appears to be covered in semen;

    e. An image of an adult male inserting his penis into a pubescent child's anus;

    f. An image of an adult male receiving oral sex from a pubescent child; and

    g. An image of an infant in a stroller with her vagina exposed.

---

[4] Synchronoss is the cloud-storage company used by Verizon. In order for a customer to use the Synchronoss cloud, he or she must have a Verizon phone number. The Synchronoss cloud allows users to store and back up photos, videos, and other digital files between mobile devices and the cloud.

7. The FBI also has queried the NCMEC for reports associated with the -6602 Number. NCMEC records showed 12 Cyber Tips reported by Synchronoss involving the upload of 30 files containing CSAM from the -6602 Number from September 2024 to February 2025.

WHEREFORE, I respectfully request that the defendant JACOB OLASOV be dealt with according to law.

AUDRA HAMPSCH
Special Agent, Federal Bureau of Investigation

Sworn to before me ~~by telephone~~ this
23rd day of September, 2025

THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK